be extended to nullify this tax-avoiding device we do not have to decide in the present case. Treating the affiliated Raytheon group as a single business entity, the Commissioner states in his brief: "The Raytheon group of corporations issued $500,000 of bonds in 1929 and discharged that indebtedness by paying only a small fraction of the debt. In accordance with well settled principles the resulting gain should be taxed as income." But if the Raytheon group is thus to be regarded as a single entity, it is evident that the asserted gain to the group was realized in 1933 when the group acquired the bonds from outsiders at a discount. The statute of limitations has run on the collection of any deficiency for that year, and the Commissioner may not indirectly accomplish such collection by distorting the income for the present taxable year.

The decisions of the Board of Tax Appeals are affirmed.

and Ritchie, Janney, Ober & Williams and Southgate L. Morison, all of Baltimore, Md., on the brief), for appellants.

Edward G. Fenwick, of Washington, D. C. (Karl F. Steinmann and Edwin H. Brownley, both of Baltimore, Md., on the brief) for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal in a trademark infringement suit, in which the District Court held that the plaintiff's trademark "Pennzoil" was not infringed by the use of the word "Greenzoil" as a trademark for one of its products. We have given careful consideration to the briefs and arguments and are of opinion that the decision of the District Court was correct and that nothing need be added to what was said in its opinion. That opinion is accordingly adopted as the opinion of this court.

Affirmed.

## PENNZOIL CO. et al. v. CROWN CENTRAL PETROLEUM CORPORATION.

### No. 5206.

Circuit Court of Appeals, Fourth Circuit.

Jan. 21, 1944.

## LE MIEUX BROS., Inc., v. TREMONT LUMBER CO., Limited.

### No. 10866.

Circuit Court of Appeals, Fifth Circuit.

Jan. 26, 1944.

John S. Powers, of Buffalo, N. Y. (Joseph W. Milburn, of Washington, D. C.,